# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                          Case No. 2:05-CR-11-01-WCO

**REGAN ANTONIO REED**
a/k/a Reggie                                  Defendant's Attorney:
                                              Steven Howard Sadow, Esquire
                                              Dwight Lowell Thomas, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant plead guilty to Count(s) one of the Indictment.

Accordingly, the defendant is adjudged guilty of such count(s) which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 21:846 & 841(b)(1)(A)(ii) | Conspiracy to Possess with Intent to Distribute Cocaine | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed within the reasonable discretion of the court after reviewing and considering the Federal Sentencing guidelines.

ALL REMAINING COUNTS dismissed on the motion of the United States.

It is ordered that the defendant shall pay the special assessment of **$100.00** which shall be due immediately and for which he stands committed.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.    5793           Date of Imposition of Sentence: June 14, 2006
Defendant's Date of Birth:   1971
Defendant's Mailing Address:
Atlanta, GA 30313

Signed this 14 the day of June, 2006.

WILLIAM C. O'KELLEY
SENIOR UNITED STATES DISTRICT JUDGE



2:05-CR-11-01-WCO : REGAN ANTONIO REED

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **240 months on count one of the indictment in the above-entitled cause.**

The defendant is remanded to the custody of the United States Marshal.

The Court recommends the Bureau of Prisons designate FCI Jesup, as place of service of the sentence imposed this date by the Court.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
**Deputy U.S. Marshal**

2:05-CR-11-01-WCO : REGAN ANTONIO REED



## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **TEN (10) YEARS.**

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard and special conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall pay a fine in the amount of $20,000.00. The defendant shall make fine payment from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the fine that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of supervision and be paid at the monthly rate of not less than $300.00.

The defendant shall submit to a search of his person, property (real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other resident that the premises may be subject of searches pursuant to this condition.

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall cooperate in the collection of DNA as directed by the probation officer and as required by law.

2:05-CR-11-01-WCO : REGAN ANTONIO REED

# STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7. The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

2:05-CR-11-01-WCO : REGAN ANTONIO REED

**FINE**

WCO

The defendant shall pay a fine of **$ 20,000.00.**

2:05-CR-11-01-WCO : REGAN ANTONIO REED



## FORFEITURE PROVISION

It is ordered that the properties identified in the preliminary order of forfeiture dated June 14, 2006, which is hereby incorporated by reference, are forfeited to the United States.