IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | CRIMINAL ACTION |
| REGAN ANTONIO REED, : | No. 2:05-CR-11-01-WCO |
| a/k/a REGGIE, : | |
| : | |
| Defendant. : | |

# **O R D E R**

The court has before it for consideration the defendant's "motion pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e)" [186-1].

The government is requesting that the court consider modifying and/or reducing the sentence of defendant Regan Antonio Reed based upon his cooperation, subsequent to sentencing, in several criminal investigations and/or trials. The court finds that this defendant has rendered substantial assistance to the government in subsequent prosecutions. This finding is predicated upon the fact that the government sets forth such facts in its motion as well as the testimony of the defendant given at a hearing on the motion.

Therefore, the court has determined that the motion should be GRANTED and the judgment and commitment entered by the court on June 14, 2006, [167-1] is hereby modified as follows: Page 2 of the judgment and commitment is hereby

modified to provide that the defendant is committed to the custody of the Bureau of Prisons for a period of 168 months (the original sentence having been 240 months). Otherwise, the judgment and commitment shall remain unchanged.

It is DIRECTED that a copy of this order be served upon the defendant, the defendant's attorney, the United States Attorney, the United States Marshal, and the United States Bureau of Prisons.

IT IS SO ORDERED, this 14th day of March, 2008.

s/*William C. O'Kelley*
WILLIAM C. O'KELLEY
Senior United States District Judge