# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:05-cr-00011-WCO-SSC
## USA v. Reed et al
## Honorable William C. O'Kelley

Minute Sheet for proceedings held In Open Court on 03/14/2008.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 11:25 A.M.
TIME IN COURT: 00:40

COURT REPORTER: Lois Phillips
DEPUTY CLERK: Don Stanhope

| | |
|---|---|
| DEFENDANT(S): | [1]Regan Reed Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephanie Gabay-Smith representing USA<br>Steven Sadow representing Regan Reed |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | The Court discussed pending motions with the parties, inquired as to whether 5k motion was ever filed. The government addressed Rule 35 Motion - recommended mid-range sentence reduction of 189 months, stating that no 5k motion was ever filed on defendant's behalf. Defense counsel addressed 5k issue and the defendant's cooperation - called defendant to testify - defendant sworn and testified. Defense counsel argued for appropriate sentence. The Court addressed [192] Motion for Final Order of Forfeiture, stated that the Court will get order out today. The Court took [186] Rule 35 Motion, under advisement- however will grant substantial reduction. |